**Robert C. FISHER, Respondent,**

v.

**Frances C. WALTERS, Appellant.**

**No. WD 43174.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Kenneth Morris Dake, Sedalia, for appellant.

Patrick A. Woodley, Warsaw, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from order of trial court declaring respondent to hold a prescriptive ease-ment across Frances C. Walters' property and assessing damages against appellant.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Roger STARLING, Appellant.**

**No. WD 42844.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from the judgment of conviction for conspiracy to sell cocaine pursuant to § 564.016, RSMo 1986.

Judgment affirmed. Rule 30.25(b).